IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

OASIS MEDICAL INVESTMENTS, LLC, a
Florida limited liability company, as assignee of
OASIS MEDICAL EQUIPMENT LIMITED, a          CASE NO.
Dubai Company,

      Plaintiff,

v.

PATRICIA TENDRICH PIRES COELHO, an
individual.

      Defendant.

_____/

**COMPLAINT FOR**
**<u>BREACH OF CONTRACT</u>**

Plaintiff, Oasis Medical Investments, LLC, as assignee of, Oasis Medical Equipment

Limited, sues defendant Patricia Tendrich Pires Coelho and alleges:

1.  Through a series of promissory notes and related agreements, Patricia Tendrich Pires

Coelho borrowed $21.3 million from Oasis Medical Equipment Limited.

2.  Patricia Tendrich Pires Coelho has failed to repay these loans under the terms of the

promissory notes and related agreements.

3.  Through this lawsuit, Oasis Medical Investments, LLC (as assignee of Oasis Medical

Equipment Limited) is suing to collect the amounts due.

**The Parties**

4.  Plaintiff Oasis Medical Investments, LLC is a Florida limited liability company.  No

member of Oasis Medical Investments is a citizen of Brazil.

5.     Defendant Patricia Tendrich Pires Coelho is citizen of Brazil who lives in Rio de Janeiro.

6.   Oasis Medical Equipment Limited is a company organized under the laws of Dubai.

## Jurisdiction and Venue

7.   This Court has subject matter jurisdiction over this claim because Oasis Medical Investments is a resident of Florida and Patricia Tendrich Pires Coelho is a resident of Brazil (i.e., the parties are from different states), and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

8.   This Court has personal jurisdiction over Patricia Tendrich Pires Coelho and venue is proper in this court under Fla. Stat. 685.101 and 685.102.  The parties agreed that the relevant agreements to this lawsuit: "shall be construed and governed exclusively by the laws of the State of Florida."  The Parties further agreed that: "for any action arising out of or relating [to the relevant agreements], they will submit to the sole and exclusive jurisdiction of the Federal or State Courts located in Miami-Dade County, Florida."    In addition, Oasis Medical Investments, LLC is a Florida limited liability company.

## Facts Relevant to All Counts

9.   On August 26, 2014, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho entered into a loan agreement through which Oasis Medical Equipment Limited lent US$15,000,000.00 to Patricia Tendrich Pires Coelho.

10.    In connection with the $15 million loan agreement, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho executed a Promissory Note.   A copy of the

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

Original 15 Million Dollar Loan Agreement and the $15 Promissory Note are attached as Exhibit A (together "the $15 Million Loan").

11.  On December 5, 2014, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho entered into a loan agreement through which Oasis Medical Equipment Limited lent US$2,500,000.00 to Patricia Tendrich Pires Coelho.

12.   In connection with the $2.5 million loan agreement, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho executed a Promissory Note.   A copy of the Original 2.5 Million Dollar Loan Agreement and the $2.5 Million Promissory Note are attached as Exhibit B (together "the $2.5 Million Loan").

13.  On March 17, 2015, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho entered into a loan agreement through which Oasis Medical Equipment Limited lent US$3,800,000.00 to Patricia Tendrich Pires Coelho.

14.   In connection with the $3.8 million loan agreement, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho executed a Promissory Note.

15.  Effective March 17, 2015, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho entered into an Addendum to Loan Agreement regarding the $3.8 Million Loan. A copy of the Original 3.8 Million Dollar Loan Agreement and the Addendum and the $3.8 Million Promissory Note are attached as Exhibit C (together "the $3.8 Million Loan").

16.  Effective August 1, 2016, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho entered into an Addendum to Loan Agreements (the August 2016 Addendum"). A copy of the August 2016 Addendum is attached as Exhibit D.

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

17. Through the August 2016 Addendum, Oasis Medical Equipment Limited and Patricia

Tendrich Pires Coelho made the following amendments to the $15 Million Loan:

   a.   Sections 1.2 and 5.2 of the Original 15 Million Dollar Loan Agreement are amended to say the following: "The Borrower shall repay the full value of the loan (including all unpaid interest due and owing) by the close of business on December 31, 2017 (such date being a "Termination Date").

   b.   The Borrower reaffirms the validity and enforceability of the Promissory Note in the amount of US$15,000,000.00 (Fifteen Million US dollars) with an effective date of August 26, 2014.

   c.   The Borrower acknowledges and agrees that as of February 2016, the amount outstanding under the Original 15 Million Dollar Loan Agreement (as amended) and the August 26, 2014 Promissory Note is US$15,000,000.00 plus $450,000.00 of interest payments.

18. Through the August 2016 Addendum, Oasis Medical Equipment Limited and Patricia

Tendrich Pires Coelho made the following amendments to the $2.5 Million Loan:

   a.   Sections 1.2 and 5.2 of the Original 2.5 Million Dollar Loan Agreement are further amended to say the following: "The Borrower shall repay the full value of the loan (including all unpaid interest due and owing) by the close of business on December 31, 2017 (such date being a "Termination Date").

   b.   The Borrower reaffirms the validity and enforceability of the Promissory Note in the amount of US$2,500,000.00 (Two Million Five Hundred Thousand US Dollars) with an effective date of December 5, 2014.

   c.   The Borrower acknowledges and agrees that as of February 2016, the amount outstanding under the Original 2.5 Million Dollar Loan Agreement (as amended) and the December 5, 2014 Promissory Note is US$2,500,000.00 plus $75,000.00 of interest payments.

19. Through the August 2016 Addendum, Oasis Medical Equipment Limited and Patricia

Tendrich Pires Coelho made the following amendments to the $3.8 Million Loan:

   d.   Sections 1.2 and 5.2 of the Original 3.8 Million Dollar Loan Agreement are further amended to say the following: "The Borrower shall repay the full value of the loan (including all unpaid interest due and owing)

4

by the close of business on December 31, 2017 (such date being a "Termination Date").

e.  The Borrower reaffirms the validity and enforceability of the Promissory Note in the amount of US$3,800,000.00 (Three Million night Hundred Thousand US Dollars) with an effective date of March 17, 2015.

f.  The Borrower acknowledges and agrees that as of February 2016, the amount outstanding under the Original 3.8 Million Dollar Loan Agreement (as amended) and the March 17, 2015 Promissory Note is US$3,800,000.00 plus $114,000.00 of interest payments.

20.  Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho further agreed

to amend the payment schedules for all three loans as follows:

a.  The Borrower shall make a single payment of US$639,000.00 on or before September 15, 2016.   This payment represents the satisfaction of all outstanding interest due and owing on all three loans through February 2016 as follows:

| Loan Date | Loan Amount | Interest Due Through February 2016 |
|---|---|---|
| August 26, 2014 | US$15,000.000.00 | US$450,000.00 |
| December 14, 2014 | US$2,500,000.00 | US$75,000.00 |
| March 17, 2015 | US$3,800,000.00 | US$114,000.00 |

b.  Starting on October 1, 2016, the Borrower shall make monthly payments of up to US$100,000.00 towards the interest on all three loans.  The Borrower shall make all subsequent monthly payments on or before the 1st day of each month.

c.  For all three loans, the Borrower reaffirms that interest will be due for the period February 2016 through December 2016 as follows:

| Loan Date | Loan Amount | Interest Due From February 2016 Through December 2016 |
|---|---|---|
| August 26, 2014 | US$15,000.000.00 | US$1,650,000.00 |
| December 14, 2014 | US$2,500,000.00 | US$275,000.00 |
| March 17, 2015 | US$3,800,000.00 | US$418,000.00 |
|  | TOTAL | US$2,343,000.00 |

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

d.   On or before January 2, 2017, the Borrower shall pay in full any portion of the $2,343,000.00 that has not been satisfied by the monthly interest payments provided from October 1, 2016 through December 1, 2016.

e.   For all three loans, the Borrower reaffirms that interest will be due for the period January 2017 through December 2017 as follows:

| Loan Date | Loan Amount | Interest Due From January 2017 Through December 2017 |
|---|---|---|
| August 26, 2014 | US$15,000.000.00 | US$1,800,000.00 |
| December 14, 2014 | US$2,500,000.00 | US$300,000.00 |
| March 17, 2015 | US$3,800,000.00 | US$456,000.00 |
| | **TOTAL** | **US$2,556,000.00** |

21.   Effective November 23, 2016, Oasis Medical Equipment Limited and Patricia Tendrich Pires Coelho entered into a forbearance agreement ("the Forbearance Agreement"). A copy of the Forbearance Agreement is attached as Exhibit E.

22.   Through the Forbearance Agreement, Patricia Tendrich Pires Coelho agreed to make certain payments and perform certain actions.

23.   Oasis Medical Investments, LLC has retained The Law Office of Stephen James Binhak, PLLC to pursue this matter.

24.   Oasis Medical Equipment Limited has assigned to Oasis Medical Investments, LLC all of Oasis Medical Equipment Limited's rights under the $15 Million Loan, the $2.5 Million Loan, and the $3.8 Million Loan.  Accordingly, for the purposes of this lawsuit, Oasis Medical Investments, LLC stands in the shoes of Oasis Medical Equipment Limited.   A copy of the Assignment is attached as Exhibit F.

25.   All conditions precedent to the filing of this lawsuit have been satisfied or waived.

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

## COUNT I
### (Breach of Contract- the $15 million loan)

26.  Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 25 above.

27.  The 15 Million Dollar Loan Agreement and the $15 Promissory Note are valid and enforceable contracts between Patricia Tendrich Pires Coelho and Oasis Medical Equipment Limited.

28.  Patricia Tendrich Pires Coelho breached the 15 Million Dollar Loan Agreement and the $15 Promissory Note by failing to make payments when they were due.

29.   Through this breach, Patricia Tendrich Pires Coelho damaged Oasis Medical Equipment Limited.

30.  By virtue of the Assignment, Oasis Medical Investments, LLC stands in the shoes of Oasis Medical Equipment Limited and has the right to bring this action.

WHEREFORE Oasis Medical Investments, LLC demands judgment against Patricia Patricia Tendrich Pires Coelho for damages, attorneys' fees, costs, and any other relief that the Court deems appropriate.

## COUNT II
### (Breach of Contract- the $3.8 million loan)

31.  Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 25 above.

32.  The 3.8 Million Dollar Loan Agreement, the Addendum to the 3.8 Million Loan, and the $3.8 Promissory Note are valid and enforceable contracts between Patricia Tendrich Pires Coelho and Oasis Medical Equipment Limited.

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

33.  Patricia Tendrich Pires Coelho breached the 3.8 Million Dollar Loan Agreement and the $3.8 Promissory Note by failing to make payments when they were due.

34.  Through this breach, Patricia Tendrich Pires Coelho damaged Oasis Medical Equipment Limited.

35.  By virtue of the Assignment, Oasis Medical Investments, LLC stands in the shoes of Oasis Medical Equipment Limited and has the right to bring this action.

WHEREFORE Oasis Medical Investments, LLC demands judgment against Patricia Patricia Tendrich Pires Coelho for damages, attorneys' fees, costs, and any other relief that the Court deems appropriate.

COUNT III
(Breach of Contract- the $2.5 million loan)

36.  Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 25 above.

37.  The 2.5 Million Dollar Loan Agreement and the $2.5 Promissory Note are valid and enforceable contracts between Patricia Tendrich Pires Coelho and Oasis Medical Equipment Limited.

38.  Patricia Tendrich Pires Coelho breached the 2.5 Million Dollar Loan Agreement and the $2.5 Promissory Note by failing to make payments when they were due.

39.   Through this breach, Patricia Tendrich Pires Coelho damaged Oasis Medical Equipment Limited.

40.  By virtue of the Assignment, Oasis Medical Investments, LLC stands in the shoes of Oasis Medical Equipment Limited and has the right to bring this action.

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

WHEREFORE Oasis Medical Investments, LLC demands judgment against Patricia Patricia Tendrich Pires Coelho for damages, attorneys' fees, costs, and any other relief that the Court deems appropriate.

## COUNT IV
(Breach of Contract- the 2016 Addendum)

41.  Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 25 above.

42.  The August 2016 Addendum is a valid and enforceable contract between Patricia Tendrich Pires Coelho and Oasis Medical Equipment Limited.

43.  Patricia Tendrich Pires Coelho breached the August 2016 Addendum by failing to make payments when they were due.

44.  Through this breach, Patricia Tendrich Pires Coelho damaged Oasis Medical Equipment Limited.

45.  By virtue of the Assignment, Oasis Medical Investments, LLC stands in the shoes of Oasis Medical Equipment Limited and has the right to bring this action.

WHEREFORE Oasis Medical Investments, LLC demands judgment against Patricia Patricia Tendrich Pires Coelho for damages, attorneys' fees, costs, and any other relief that the Court deems appropriate.

## COUNT V
(Breach of Contract- the 2016 Forbearance Agreement)

46.  Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 25 above.

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

47.   The Forbearance Agreement is a valid and enforceable contract between Patricia Tendrich Pires Coelho and Oasis Medical Equipment Limited.

48.   Patricia Tendrich Pires Coelho breached the Forbearance Agreement by failing to make payments when they were due.

49.   Through this breach, Patricia Tendrich Pires Coelho damaged Oasis Medical Equipment Limited.

50.  By virtue of the Assignment, Oasis Medical Investments, LLC stands in the shoes of Oasis Medical Equipment Limited and has the right to bring this action.

WHEREFORE Oasis Medical Investments, LLC demands judgment against Patricia Patricia Tendrich Pires Coelho for damages, attorneys' fees, costs, and any other relief that the Court deems appropriate.

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Oasis Medical Investments, LLC, as assignee of, Oasis Medical Equipment Limited*
One Southeast Third Ave., Suite 2600
Miami, Florida  33131
Telephone: (305) 361-5500
Facsimile: (305) 428-9532

By:____/s/ Stephen James Binhak____
Stephen James Binhak, Esq.
Florida Bar No. 736491
binhaks@binhaklaw.com

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
One Southeast Third Ave., Suite 2600, Miami, Florida 33131 Tel. 305.361-5500; Fax. 305.428.9532

JS 44  (Rev. 10/20)  FLSD Revised 02/12/2021

# CIVIL COVER SHEET

Save As...    Print    Reset

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.*

**I. (a)  PLAINTIFFS** Oasis Medical Investments, LLC

**DEFENDANTS** Patricia Tendrich Pires Coehlo

**(b)** County of Residence of First Listed Plaintiff  Miami Made
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephan James Bichik, The Law Office of Stephen Bichik, PLLC One Southeast Third Ave, Suite 2000, Miami, Fl 33131 (305) 361-8909

Attorneys *(If Known)*
Not Known

**(d)** Check County Where Action Arose: ☒ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Med. Malpractice

*PERSONAL INJURY*
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
*Other:*
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent – Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729 (a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act (TCPA)
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed *(See VI below)*
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
(See instructions): a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE:                                           DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Breach of contract based on a claim: 28 USC 1332 (Diversity)
LENGTH OF TRIAL via 2-3 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ $21.3 million    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE  5/3/21
SIGNATURE OF ATTORNEY OF RECORD  *Stephen James Bichik*

FOR OFFICE USE ONLY : RECEIPT #        AMOUNT        IFP        JUDGE        MAG JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| Southern District of Florida |

OASIS MEDICAL INVESTMENTS, LLC, a Florida
limited liability company, as assignee of OASIS
MEDICAL EQUIPMENT LIMITED, a Dubai Company )
)
)
)
_____
*Plaintiff(s)*
v.                                                Civil Action No.

PATRICIA TENDRICH PIRES COELHO, an individual
)
)
)
)
)
)
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PATRICIA TENDRICH PIRES COELHO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen James Binhak, Esq.
The Law Office of Stephen James Binhak, PLLC
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: